**Douglas J. CORBETT, Plaintiff— Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant— Appellee.**

No. 06–1476.

United States Court of Appeals, Fourth Circuit.

Submitted: June 29, 2007.

Decided: July 20, 2007.

Douglas J. Corbett, Appellant pro se. Robert William Flynn, Social Security Administration, Philadelphia, Pennsylvania, for Appellee.

Before WILKINSON, KING, and SHEDD, Circuit Judges.

2379, 101 L.Ed.2d 245 (1988) and Fed. R.App. P. 4(c).

**118**

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas J. Corbett appeals the district court's order accepting the recommendation of the magistrate judge and upholding the denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Corbett v. Astrue,* No. 1:04–cv–00241–IMK (N.D.W.Va. Mar. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*